TIMOTHY M. BURGESS
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7565
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1 & 2: |
| | ) | KNOWINGLY CONDUCTING |
| vs. | ) | COMMERCIAL WORK |
| | ) | ACTIVITY ON NATIONAL |
| LARRY CSONKA, *dba* | ) | FOREST SERVICE LAND |
| ZONK! PRODUCTIONS, | ) | WITHOUT SPECIAL USE |
| | ) | PERMIT |
| Defendant. | ) | Vio. 36 C.F.R. § 261.10(c) |
| | ) | |
| | ) | |

I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about August, 2002, in the District of Alaska, the defendant, LARRY CSONKA, *dba* ZONK! PRODUCTIONS, knowingly conducted any kind of work activity

and service on National Forest Service land without authorization by Federal law, regulation, and special-use authorization, to wit, filming for a commercial purpose in the Blind River Area, Mitkof Island, in the Tongass National Forest, without first obtaining a permit to do so.

All in violation of Title 36, Code of Federal Regulations, Section 261.10(c).

### COUNT 2

On or about September, 2005, in the District of Alaska, the defendant, LARRY CSONKA, dba ZONK! PRODUCTIONS, knowingly conducted any kind of work activity and service on National Forest Service land without authorization by Federal law, regulation, and special-use authorization, to wit, filming for a commercial purpose in the Alaganik Slough at Cordova, in the Chugach National Forest, without first obtaining a permit to do so.

All in violation of Title 36, Code of Federal Regulations, Section 261.10(c).

Dated: Janaury 18, 2006              Respectfully submitted,

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

 s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
 Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7565
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov