Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
kevin@impc-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr- |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| LARRY CSONKA, *dba* | ) | |
| ZONK! PRODUCTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

      COMES NOW Kevin T. Fitzgerald, and enters his appearance of record on behalf of the defendant in the above-captioned action, and requests that future copies of all correspondence and pleadings be served upon him at Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue, Anchorage, Alaska 99501.

      Dated at Anchorage, Alaska January 17, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-_____
Entry

Page 1 of 2

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant


By:   s/ _____
     Kevin T. Fitzgerald
     ABA No. 8711085
     813 West Third Avenue
     Anchorage, AK 99501
     (907) 258-8750
     Fax (907) 258-8751
     kevin@impc-law.com

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-_____
Entry