Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile


Attorneys for Larry Csonka


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00002-JDR |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO** |
| v. ) | **CONSOLIDATE ARRAIGNMENT/** |
| ) | **CHANGE OF PLEA, AND FOR** |
| LARRY CSONKA, *dba* ) | **DEFENDANT'S TELEPHONIC** |
| ZONK! PRODUCTIONS, ) | **PARTICIPATION AT SAME** |
| ) | |
| Defendant. ) | |
| _____) | |

   Comes now undersigned counsel, and pursuant to Federal Rules of Criminal Procedure 10/11, and corresponding Local Rules, hereby moves to consolidate the arraignment and change of plea by Mr. Csonka, scheduled for February 1, 2006 at 9:30 a.m.  Undersigned also moves for Mr. Csonka's telephonic participation at this proceeding. This motion is unopposed by the government.

   Dated at Anchorage, Alaska January 23, 2006.

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

```
                                    INGALDSON, MAASSEN &
                                    FITZGERALD, P.C.
                                    Attorneys for Defendant



                                    By:__s/_____
                                       Kevin T. Fitzgerald
                                       ABA No. 8711085
                                       813 West Third Avenue
                                       Anchorage, AK 99501
                                       (907) 258-8750
                                       (907) 258-8751 Fax
                                       E-mail:
                                       kevin@impc-law.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on _____,
a copy of the foregoing _____
was served electronically on

Retta-Rae Randall, AUSA


s/_____
Kevin T. Fitzgerald
F:\W\3107-1\Pleading\Unopposed Mtn.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-00002-JDR
Unopposed Motion