Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile

Attorneys for Larry Csonka

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00002-JDR |
| Plaintiff, ) | |
| ) | **ERRATA TO UNOPPOSED** |
| v. ) | **MOTION TO CONSOLIDATE** |
| ) | **ARRAIGNMENT/CHANGE OF** |
| LARRY CSONKA, *dba* ) | **PLEA, AND FOR DEFENDANT'S** |
| ZONK! PRODUCTIONS, ) | **TELEPHONIC PARTICIPATION** |
| ) | **AT SAME** |
| Defendant. ) | |
| _____ ) | |

        Comes now undersigned counsel, and gives notice of attachment to the Unopposed Motion referenced above, of the proposed Order. This document was inadvertently electronically filed as a separate pleading, rather than being attached to the Unopposed Motion. The proposed order is attached hereto as Exhibit A, and will be linked to the Unopposed Motion.

        Dated at Anchorage, Alaska January 23, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-00002-JDR
Errata

```
                                    INGALDSON, MAASSEN &
                                    FITZGERALD, P.C.
                                    Attorneys for Defendant


                              By:   s/_____
                                    Kevin T. Fitzgerald
                                    ABA No. 8711085
                                    813 West Third Avenue
                                    Anchorage, AK 99501
                                    (907) 258-8750
                                    (907) 258-8751 Fax
                                    E-mail:
                                    kevin@impc-law.com
```

CERTIFICATE OF SERVICE

I hereby certify that on 1/23/06,
a copy of the foregoing Errata
was served electronically on

Retta-Rae Randall, AUSA


s/_____
Kevin T. Fitzgerald
F:\W\3107-1\Pleading\Errata to Unopposed Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-00002-JDR
Errata

Page 2 of 2