Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile

Attorneys for Larry Csonka

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00002-JDR |
| | ) | |
| Plaintiff, | ) | **[proposed] ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONSOLIDATE ARRAIGNMENT/** |
| | ) | **CHANGE OF PLEA, AND FOR** |
| LARRY CSONKA, *dba* | ) | **DEFENDANT'S TELEPHONIC** |
| ZONK! PRODUCTIONS, | ) | **PARTICIPATION AT SAME** |
| | ) | |
| Defendant. | ) | |

      This matter, having come before the court upon the Unopposed Motion to Consolidate Arraignment/Change of Plea, and for Defendant's Telephonic Participation at Same, and the court being fully advised,

      IT IS ORDERED that the Unopposed Motion is GRANTED. Defendant shall participate telephonically by calling in at the appointed time to telephone number (907) _____.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-00002-JDR
Order
Page 1 of 2

Exhibit A
Page 2 of 2 Pages

DATED: _____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on 1/23/06,
a copy of the foregoing order
was served electronically on

Retta-Rae Randall, AUSA


s/_____
Kevin T. Fitzgerald
F:\W\3107-1\Pleading\Order.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-00002-JDR
Order

Page 2 of 2



Exhibit A Page 1 of 2 Pages