Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile

Attorneys for Larry Csonka

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY CSONKA, dba )<br>ZONK! PRODUCTIONS, )<br>)<br>Defendant. )<br>) | No. 3:06-cr-00002-JDR<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE** |

Comes now Zonk! Productions and hereby waives (gives up) its right to change of plea and sentencing before a United States district judge, and consents to change of plea and sentencing before a United States magistrate judge.

Dated: 1/24/06

_____
Larry Csonka, dba
Zonk! Productions

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-00002-JDR
Consent

       Dated at Anchorage, Alaska this __25__ day of January, 2006.

                INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant

By: __s/_____
Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK 99501
(907) 258-8750
(907) 258-8751 Fax
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on __1/25/06__, a copy of the foregoing Consent was served electronically on:

Retta-Rae Randall, AUSA

s/_____
Kevin T. Fitzgerald
F:\W\3107-1\Pleading\Intent.doc

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Csonka
No. 3:06-cr-00002-JDR
Consent