# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. LARRY CSONKA, dba ZONK! PRODUCTIONS

Case No. *3:06-cr-00002-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

**RE:  Motion to Consolidate Arraignment, Entry of Plea and to Appear Telephonically
Docket No. 6**

Defendant's motion to consolidate arraignment and entry of plea, and to appear telephonically on February 1, 2006 at 9:30 a.m. before the Honorable John D. Roberts is hereby GRANTED.  Defendant shall participate telephonically by calling (907) 677-6231 at the appointed time of 9:30 a.m. on Wednesday, February 1, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 25, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-00002-JDR CSONKA @5 MO GRANTING Mtn to Cons & Appear Telephonically.wpd