DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7565
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00002-JDR |
| | ) | |
| Plaintiff, | ) | MOTION FOR TELEPHONIC |
| | ) | PARTICIPATION OF CASE |
| vs. | ) | AGENT |
| | ) | |
| LARRY CSONKA, *dba* | ) | |
| ZONK! PRODUCTIONS, | ) | Filed On Shortened Time |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The United States of America requests the appearance by telephone of

Criminal Investigator John Burick at the arraignment and entry of plea of the

defendant on February 1, 2006, at 9:30 a.m.

Dated: <u>January 31st, 2006</u>       Respectfully submitted,


DEBORAH M. SMITH
Acting United States Attorney

<u> s/ Retta-Rae Randall           </u>
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7565
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov