IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00002-JDR |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER |
| | ) | REGARDING MOTION FOR |
| vs. | ) | TELEPHONIC |
| | ) | PARTICIPATION OF CASE |
| LARRY CSONKA, *dba* | ) | AGENT |
| ZONK! PRODUCTIONS, | ) | |
| | ) | |
| Defendant. | ) | Filed On Shortened Time |
| | ) | |
| | ) | |

The court has considered the government's request for telephonic participation of case agent at the initial appearance and entry of plea on February 1st, 2006 at 9:30am. The motion is hereby granted/denied. The case agent my call the meet me bridge number at _____.

IT IS SO ORDERED.

DATED this _____ day of January, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF ALASKA