```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs LARRY CSONKA, dba ZONK! PRODUCTIONS
                                    CASE NO. 3:06-cr-00002 JDR
Defendant: X Present-Telephonic  X On Summons

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        ROBIN M. CARTER

UNITED STATES ATTORNEY:       RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:         KEVIN T. FITZGERALD - RETAINED

U.S.P.O.:                     KAREN BREWER

PROCEEDINGS: ARRAIGNMENT/ENTRY OF PLEA HELD 2/1/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:30 a.m. court convened.

X Copy of Information given to defendant: waived reading.

X Defendant sworn.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above    DOB: 12/25/46

X PLEAS: Guilty to Counts 1-2 of the Information

X Defendant waived preparation of Presentence Report.

X Imposition of Sentence set for **April 19, 2006 at 9:30 a.m.**

X Bond set at Own Recognizance

X OTHER: Defense counsel to send the Personal Recognizance Order and Order Setting Conditions of Release to the defendant for signature and file them with the court.

At 9:56 a.m. court adjourned.


DATE: February 1, 2006     DEPUTY CLERK'S INITIALS:    Rc