Kevin T. Fitzgerald, ABA No. 8711085
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone: (907) 258-8750
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

Attorneys for Defendant,
Larry Csonka dba Zonk! Productions

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | 3:06-cr-00002-JDR |
|---|---|
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| LARRY CSONKA dba ZONK! PRODUCTIONS, | |
| Defendant. | |

## I.  INTRODUCTION

TO THE HONORABLE JOHN ROBERTS, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT AND TO RETTA-RAE RANDALL, ASSISTANT UNITED STATES ATTORNEY:

Defendant Larry Csonka dba Zonk! Productions (hereinafter "Zonk") hereby submits his Sentencing Memorandum to assist the court in imposing an appropriate sentence on the two Class B

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CSONKA ADV. USA*
3:06-cr-00002-JDR
DEFENDANT'S SENTENCING MEMORANDUM
Page 1 of 8

misdemeanor charges for which Zonk has been convicted. Zonk has agreed to pay restitution in the amount of $3,887.00. Zonk will also pay special assessments in the amount of $20.00. The court may impose a probationary sentence of up to one year and a fine of up to $5,000.00. However, for the reasons stated, Zonk requests that no additional monetary sanction be imposed, and a probationary sentence, if any, be limited to six months or less.

## II.  BACKGROUND

Zonk Productions was created by Larry Csonka and others to produce *Stihl's North to Alaska*, which airs on the Outdoor Life Network television station. Zonk Productions has filmed in Alaska since the 1990s. Zonk Productions has filmed over a hundred shows. One of the primary purposes of Zonk Productions is to showcase the State of Alaska including its beauty, bounty, and Native culture. To that end, Zonk Productions sends film crews throughout the State of Alaska to film footage for the show. In almost every instance the crew receives assistance and guidance from local guides/lodge owners with the understanding that the ensuing footage will help promote the associated guide/lodge. Given that neither Mr. Csonka nor the

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

crew are local to the areas where filming occurs, Zonk must necessarily rely upon information provided by guides/owners concerning matters of local knowledge, including the frequently Byzantine federal land boundaries.

In August, 2002, Zonk Productions filmed an episode entitled Island Point Lodge near the community of Petersburg, Alaska. Some of the images show Mr. Csonka and the film crew fishing along the Blind River, which is within the Tongass National Forest. Island Point Lodge, which was the host for the show had a special use permit through the Petersburg Ranger District, but it apparently did not authorize commercial filming activities. On August 27, 2002, a Forestry Technician in Petersburg informed executive producer/co-host, Audrey Bradshaw, that a permit was required and advised Bradshaw to send a check to cover the permit amount. Unfortunately, the home office neglected to submit the check for an after-the-fact special use permit.

Three years later, in August of 2005, Zonk Productions filmed a show with the guidance of Cordova Rose Lodge. The lodge owner offered free guided hunting and fishing in exchange for advertising appearing on the television show North to

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CSONKA ADV. USA*
3:06-cr-00002-JDR
DEFENDANT'S SENTENCING MEMORANDUM
Page 3 of 8

<u>Alaska</u>. Zonk and his crew relied on the lodge owner to take them to locations where hunting and fishing could be filmed. One of the areas Zonk was taken to fish was the Alaganik Slough, portions of which are Forest Service land.[1] Later, the Zonk Production film crew went to Childs Glacier to film the glacier, which is also Forest Service land. When Mr. Csonka learned of this filming he self reported the incident to the Forest Service, believing that Childs Glacier was Forest Service land.

Instead of proceeding administratively, the government charged Larry Csonka dba Zonk! Productions with two counts of knowingly conducting commercial work activity on National Forest Service Land without a special use permit related to the two incidents described above. Zonk entered pleas to the two Class B misdemeanor offenses and agreed to pay $3,887.00 in restitution. The government will be recommending a fine of $5,000.00 and a sentence of probation of one year with the agreement that Zonk! Productions not violate National Forest

---

[1] No charges have been leveled against the lodge owner even though he has acknowledged that <u>he</u> was informed by the Forest Service about the requirements for using National Forest Lands.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CSONKA ADV. USA*
3:06-cr-00002-JDR
DEFENDANT'S SENTENCING MEMORANDUM

Service filming regulations during the period of probation and take responsibility for ascertaining the owner of all properties upon which filming is to occur. Given that Zonk's trust has unfortunately been misplaced in the past, it has no objection to taking responsibility for ascertaining the owner of any property upon which filming may occur. However, appreciating that getting the information from the Forest Service can sometimes be less than expeditious and sometimes conflicting, depending upon with whom you speak, Zonk! Productions requests a point person from the National Forest Service with whom they can speak regarding ownership issues.[1] For the reasons stated below, Zonk! also requests that in light of the restitution payment and associated opprobrium for having been convicted, no additional monetary sanction be imposed and that any probationary period be for no longer than six months.

### III. THE SENTENCE

The sentencing guidelines do not apply to any count or conviction that is a Class B or C misdemeanor or an infraction. Nonetheless, Zonk submits that the factors in 18 U.S.C., §3553

---

[1] Indeed, no guide or lodge owner has been charged, despite the fact that Zonk's activities are nearly completely guided.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CSONKA ADV. USA*
3:06-cr-00002-JDR
DEFENDANT'S SENTENCING MEMORANDUM

(a) provide appropriate factors to be used in this sentencing.

18 U.S.C. §3553(a) provides, in pertinent part, as follows:

> Factors to be considered in imposing a sentence. - - The court shall impose a *sentence sufficient, but not greater than necessary*, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider - -
>
> (1) The nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2) The need for the sentence imposed - -
>
> (a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> (b) to afford adequate deterrence to criminal conduct;
>
> (c) to protect the public from further claims of the defendant; and
>
> (7) The need to provide restitution to any victims of the offense.

### A. The Nature And Circumstances Of The Events And The History And Characteristics Of The Defendant

Without minimizing the basis of the two charges, an examination of the conduct demonstrates that it is fairly deminimus. One incident involves failing, through neglect, to

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CSONKA ADV. USA*
3:06-cr-00002-JDR
DEFENDANT'S SENTENCING MEMORANDUM

submit a check for an after-the-fact special use permit; and, the other incident involves misplaced reliance upon information from a local lodge owner and a self report concerning the filming of a glacier.[2]

Larry Csonka was born in Akron, Ohio and is currently 59 years old. He resides in Alaska from April to October of each year. He has three grown children and has never been charged with any offense, much less arrested.

### B.   The Need For The Sentence Imposed

A probationary sentence is appropriate to reflect both the seriousness of the offense and to provide just punishment. Zonk! Productions requests no more than six months of probation since this is generally the time frame when Zonk! Productions would be in Alaska filming. The fact that Mr. Csonka's unblemished record will be stained by not one, but two misdemeanors, affords more than ample deterrence for any

---

[2]   The government has publicly alleged that there are up to ten occasions in which Zonk! Productions failed to obtain a special use permit. It is not known at this time whether the government intends to try to prove up any or all of these other instances. Frankly, the information recently provided by the government fails to support this claim. Instead, the information demonstrates allegations outside the applicable

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CSONKA ADV. USA*
3:06-cr-00002-JDR
DEFENDANT'S SENTENCING MEMORANDUM

criminal conduct. This matter should also serve as a deterrent to others similarly positioned. Under these circumstances, there is no need to impose any additional monetary sanction, other than the agreed upon restitution. This is particularly true given that one of the primary motivations for Zonk! Productions and its activities is to promote the bounty, beauty, and Native culture of this wonderful state.

Dated at Anchorage, Alaska April 12, 2006.

s/Kevin T. Fitzgerald
ABA No.   8711085
INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant, Larry
Csonka dba Zonk! Productions
813 W. 3rd Avenue
Anchorage, AK   99501
Phone:    (907) 258-8750
Fax:      (907) 258-8751
Email:    kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/12/06 a copy
of the foregoing DEFENDANT'S SENTENCING
MEMORANDUM was served electronically
on:

Retta-Rae Randall, AUSA

s/Kevin T. Fitzgerald

F:\W\3107-1\Pleading\Defendant's Sentencing Memorandum.doc

---

statute of limitations and contains significant uncertainties regarding the alleged conduct and locations of the same.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CSONKA ADV. USA*
3:06-cr-00002-JDR
DEFENDANT'S SENTENCING MEMORANDUM
Page 8 of 8