

**Production Crew Bio's**





**Larry Csonka**
Executive Producer/ Host

Larry currently hosts and produces "Stihl's North To Alaska" and "Stihl's Csonka Outdoors'" which airs on TNN. These programs showcase Larry's experience as a fisherman and hunter and his enthusiasm for outdoor sports and conservation.

Csonka also travels the country visiting various clubs and corporations as a Sports Humor/Motivational Speaker, operating within his own company known as Csonka Promotions, Inc. His speeches are laced with humor and dramatic personal experiences, and have been well received by some of the nation's top companies.

Csonka currently resides at his home in Oak Hill, Florida and maintains a farm in Lisbon, Ohio where he is constructing a sports complex which includes a USSSA sanctioned softball complex, driving range facility, probeach volleyball and basketball courts. His other hobbies include operating heavy machinery, fishing and hunting.    Learn more about Larry... check out his BIO page at: www.larrycsonka.com



**Audrey Bradshaw**
Executive Producer/ Co-Host

Yes, I know what you're thinking.....and the answer's no, she's not related to Terry Bradshaw. Audrey is a native of Jacksonville Beach, Florida. Her love of the outdoors began with childhood family camping trips, and her love of fishing with instruction from her grandfather. She was attending Jacksonville University in 1984 when she was presented with an opportunity to work for the Jacksonville Bulls, a franchise in the newly formed USFL football league. It was there she met Larry Csonka who eventually became General Manager for the Jacksonville Bulls. During this time, Audrey and Larry began working together to promote Larry's sports humor/motivational speaking career.

For several years Audrey and Larry continued to build the successful speaking business, along with several other business ventures. They became interested in outdoor programming in the early 1990's when contacted by various outdoor fishing shows interested in booking Larry as a celebrity guest. They also made several personal trips to Alaska during this time and dreamed of producing an outdoor adventure series. After approaching Tami Murray with the idea in 1996, the dream became a reality and the three agreed to begin producing "Stihl's North To Alaska" and "Stihl's Csonka Outdoors"

Audrey truly enjoys the challenge of producing outdoor adventure programs and the opportunity to share a dream with viewers. She encourages couples and families to enjoy the outdoors together!
Read more about Audrey here!!



**Tami Murray**
Executive Producer

An experienced out door television Producer/Director/Editor, Tami Murray has spent the last twelve years developing outdoor programming for ESPN, espn2 and TNN. Tami attended the University of Nevada Las Vegas and spent 8 years at a local Las Vegas television station. It wasn't until she began editing Fly Fishing the World that she realized what being in the outdoors was about. She spent 6 years contributing to the development of a variety of out door adventure shows, including Fly Fishing America, Photo Safari, Men's Journal and Fly Fishing the World.

Tami is from southwestern Michigan but is currently living in Anchorage, Alaska. While producing North to Alaska she fell in love with the state. Finding it difficult to leave when the shooting schedule was finished she decided to make the move. Along with her 2 big dogs she braved the Alaskan Highway. Tami loves the outdoors, spends as much time as she can exploring the state and always finds time to wet a line. She encourages everyone to find a way to visit Alaska; it truly is the Last Frontier.



**JOE "SmokeeJo" BARKOSKIE**

Joe is a lifelong native of Northeast Florida. He grew up in Palm Valley, a rural area roughly 20 miles north of St. Augustine. From the time he was big enough to cast a rod or fire a gun he hunted and fished the local woods and waterways with his father. It was in those early days, helping his dad prepare and cook the game for the family meal, that Joe became interested in cooking.

Joe's parents also managed the "Palm Valley Fish Camp" where Joe would listen to the customers tell their fish stories and give their insight into cooking and seasoning. Many years have passed since then and Joe has honed his skills in his own kitchen, taking recipes that have been passed down from generation to generation and experimenting with his own spices and sauces.

Today Joe is heralded throughout the area as the host of hosts and his parties are not to be missed. You can always count on a good time and plenty of good eatin' at SmokeeJo's!

EXHIBIT 1
page 1 of 8


**John Dietrich**


**Pat Smith**


**Tom Pillifant**

ZONK!
6360

EXHIBIT 1
page 2 of 8

Sponsors <span style="float:right">Page 1 of 1</span>

STIHL'S North to Alaska would not be possible without the generous support of our sponsors.
Please visit their websites... click logo to go there



800-588-7512



Fish Alaska
THE MAGAZINE OF FISHING THE GREATLAND
TOLL FREE: 1-877-220-0787
www.FishAlaskaMagazine.com



EXHIBIT 1
page 3 of 8

http://www.larryesonka.com/north_to_alaska/sponsors/sponsors.h...




Welcome to
**Stihl's North to Alaska.**
Hosted by Larry Csonka & Audrey Bradshaw.

- Visit Lodges & Outfitters

- Shop Our Sponsors
  and don't forget:

- Sign our Guest Book

- Check out some of our favorite recipes

Check out all the areas of the web by using the navigation buttons on the left.





If you have question about hunting or fishing regulations in Alaska visit the
Alaska Department of Fish and Game website: www.state.ak.us/adfg/adfghome.htm

4 6 5 6

http://www.larrycsonka.com/north_to_alaska/frames/2001_welcome.htm

EXHIBIT 1
page 4 of 8

## Screenshot 1 (top)

**LARRY CSONKA.com**

Welcome to the homepage of Larry Csonka, key player for the 17-0 1972 Miami Dolphins, and Pro Football Hall of Famer.

**ON SALE NOW: GEAR**

- Home
- Biography
- Speaking
- Sports Complex
- Csonka GEAR
- North To Alaska
- Csonka Outdoors
- SmokeeJo
- Contact Us!
- Customer Service

©2001 Csonka Promotions
website by: OTT group

**NAPA CSONKA OUTDOORS**

...the ultimate adventure Hosted by Hall of Fame Football player Larry Csonka, we take you on a variety of adventures. The format is proven and simple, a chance to tag along as Larry makes his way from his home in Florida, across the country and beyond. For more information visit the **Csonka Outdoors Website**

**North to Alaska**
The Name Says It All
Alaska is big, wild and forbidden. Anyone who loves

"SmokeeJo" is another feature in our Csonka Outdoors show. In a special feature, Larry spends time with Joe Barkoskie, otherwise known as "SmokeeJo," our

**LARRY CSONKA BIOGRAPHY**

Even from the beginning it seemed destined that football would become Larry Csonka's life. He came wailing into the world on December 25, 1946 in Stow, Ohio. Read more about Larry in his full Bio Page

A man with a powerful story, one that you will remember forever. Larry Csonka and power running became synonymous in the NFL of the 1970's. As a player with the powerhouse Miami Dolphins, he charged so tenaciously

## Screenshot 2 (bottom)

**LARRY CSONKA.com**

Welcome to the homepage of Larry Csonka, key player for the 17-0 1972 Miami Dolphins, and Pro Football Hall of Famer.

**ON SALE NOW: GEAR**

- Home
- Biography
- Speaking
- Sports Complex
- Csonka GEAR
- North To Alaska
- Csonka Outdoors
- SmokeeJo
- Contact Us!
- Customer Service

©2001 Csonka Promotions
website by: OTT group

forbidden. Anyone who loves the outdoors has dreamed of exploring this frontier, conquering her untamed wilderness, rivers heavy with gold and salmon; mountainous, icy glaciers that's just a start! For more information visit the **North to Alaska Website**

known as "SmokeeJo," our expert on outdoor cooking. SmokeeJo will prepare easy, mouth-watering dishes featuring wild game harvested on the program. Every sportsman will want to add these recipes to their collection! More information about "SmokeeJo can be found on the **Csonka Outdoors Website**

...for US. As a player with the powerhouse Miami Dolphins, he charged so tenaciously through defenses that his name became a household word. Read more of Larry's Story and learn how he can speak at your next engagement. Speaking Engagement information

**CSONKA Sports Complex**
50 Acre Complex
4 USSSA Softball Fields
3 Pro Beach Volleyball pits
Full Basketball Court

Full Service Bar with entertainment on weekends
Concessions located throughout the complex
**Open every Spring & Summer**
Click here for pictures and information.

OLN ADVENTURE TV   NAPA   STIHL

EXHIBIT 1
page 5 of 8



**..the ultimate adventure**
Hosted by Hall of Fame Football player Larry Csonka, we take you on a variety of adventures. The format is proven and simple, a chance to tag along as Larry makes his way from his home in Florida, across the country and beyond. For more information visit the **Csonka Outdoors Website**



## North to Alaska
### The Name Says It All
Alaska is big, wild and forbidden. Anyone who loves the outdoors has dreamed of exploring this frontier, conquering her untamed wilderness, rivers heavy with gold and salmon; mountainous, icy glaciers... that's just a start! For more information visit the **North to Alaska Website**







**"SmokeeJo"** is another feature in our Csonka Outdoors show. In a special feature, Larry spends time with Joe Barkoskie, otherwise known as "SmokeeJo," our expert on outdoor cooking. SmokeeJo will prepare easy, mouth-watering dishes featuring wild game harvested on the program. Every sportsman will want to add these recipes to their collection! More information about "SmokeeJo can be found on the **Csonka Outdoors Website**





## LARRY CSONKA BIOGRAPHY

Even from the beginning it seemed destined that football would become Larry Csonka's life. He came wailing into the world on December 25, 1946 in Stow, Ohio. Read more about Larry in his full Bio Page.



A man with a powerful story, one that you will remember forever. Larry Csonka and power running became synonymous in the NFL of the 1970's. As a player with the powerhouse Miami Dolphins, he charged so tenaciously through defenses that his name became a household word. Read more of Larry's Story and learn how he can speak at your next engagement. Speaking Engagement Information

---

### CSONKA Sports Complex
**50 Acre Complex**
4 USSSA Softball Fields
3 Pro Beach Volleyball pits
Full Basketball Court
Driving Range



Full Service Bar with entertainment on weekends
Concessions located throughout the complex
**Open every Spring & Summer**
Click here for pictures and information.

EXHIBIT 1
page 6 of 8

http://www.larrycsonka.com/frames/body.htm




167246

| HOME | BIOGRAPHY | SPEAKING ENGAGEMENTS | SPORTS COMPLEX | CSONKA GEAR STORE |
| NORTH TO ALASKA | CSONKA OUTDOORS | CONTACT US |

**"NAPA's Csonka Outdoors";** a weekly half-hour outdoor sporting series. Whether it's Alabama, South Dakota or Costa Rica, we will find interesting hunting and fishing opportunities for the outdoor sportsman.



Hosted by Hall of Fame football player **Larry Csonka**, we will take our audience on a variety of adventures.

The format is proven and simple, a chance to tag along as Larry makes his way from his home in Florida, across the country and beyond to the adventure at hand.

**"Csonka Outdoors"** will travel the country for a myriad of hunting excursions; from the fields and swamps of Florida to sprawling Georgia plantations; from the plains of South Dakota to the volcanic mountains of Hawaii in search of deer, wild boar, waterfowl, dove, quail, grouse, pheasant and more. Variety is key!

Each season **"Csonka Outdoors"** will travel outside of North America to feature a few exotic sporting destinations; Hawaii for wild boar, turkey and Spanish goats; Argentina's phenomenal game birds; Costa Rica for giant tarpon or to Australia for world-class marlin fishing to name a few.

*Zonk! Productions will also explore the importance of conservation and game management, we'll observe state game officials as they trap monstrous wild hogs for transplanting to state game lands; or witness the dangerous task of capturing enormous alligators for transfer to local alligator farms.*

**"Csonka Outdoors"... the ultimate**



**Csonka Outdoors...** *the ultimate adventure!*

As far as the fishing goes We have it all; brisk Appalachian streams, frigid tailwaters teaming with browns and rainbows; foothill rivers alive with smallmouth bass; flats where bonefish and permit cruise; and, of course, spawning lakes and reservoirs with record class largemouth bass and huge blue and flathead catfish. Bluefish, striped bass and sea trout highlight fishing off northern beaches. Snook, tarpon and redfish predominate around Florida and into the Gulf. Offshore it's tuna, marlin, cobia, wahoo and sharks. And in the Northwest Territory it's steelhead, salmon and more!



In addition to the hunting/fishing adventures we'll take time to visit the local "color." Our producers will seek out the interesting characters and fascinating points of interest in the areas we visit. In a special feature, Larry will spend time with Joe Barkoskie, otherwise known as "SmokeeJo," our expert on outdoor cooking. SmokeeJo will prepare easy, mouth-watering dishes featuring wild game harvested on the program. Every sportsman will want to add these recipes to their collection!

Check out our Photo Album from this Season!