# Show # 98007
# "Yes Bay Lodge /Boardwalk Wilderness Lodge"

EXHIBIT 2
page 1 of 46

## 1998 Series Air Dates (RE-AIRS) Thursday mornings at 6am on 

| Airdate | Show # | Title | Content |
|---------|--------|-------|---------|
| 4/1/99 | 98001 | Preview Show | Various |
| 4/8/99 | 98002 | Prudhoe Bay | Caribou/Char |
| 4/15/99 | 98003 | Dutch Harbor | Halibut |
| 4/22/99 | 98004 | Kodiak #1 | Buffalo/Silver Fishing |
| 4/29/99 | 98005 | Prudhoe Bay #2 | Bear/Grayling/Ptarmigan |
| 5/6/99 | 98006 | Riversong/Redoubt | Silvers/trout |
| 5/13/99 | 98007 | Yes Bay/Boardwalk | Steelhead/Totems |
| 5/20/99 | 98008 | Delta Junction | Ptarmigan/Ice Fishing/Ice Carv |
| 5/27/99 | 98009 | Kenai River | Trout/Bears/King |
| 6/03/99 | 98010 | Kodiak #2 | Winter Iditarod/Kings/Hare Hunt |
| 6/10/99 | 98011 | Waterfall | Halibut/Kings |
| 6/17/99 | 98012 | New Halen | Trout / Bears |
| 6/24/99 | 98013 | Kodiak #3 | Deer Hunt/Kodiak Bears |

**Previous season archives are here:**   1998 Season | 1999 Season | 2000 Season | 2001 Season | 2002 Season

EXHIBIT 2
page 2 of 42

*brief encounter with a grizzly.*
**For More Information call Alaska Wilderness Ventures 907-488-3259**

**NTA 98006 espn2 5/6**
**Riversong/Redoubt**
**This week Larry Csonka heads north of Anchorage to Riversong Lodge** *do some silver salmon fishing, after catching a few good sized trout and running into some rainy weather we took time out and had a barbecue, Kirsten Dixon gave us a few recipes for preparing salmon. After the weather broke we headed to Redoubt Bay located in the Lake Clark National Park and Preserve. Redoubt Bay proves to be silver salmon heaven. We spent the afternoon catching silver after silver.*
**For More Information on silver salmon fishing call**
**Riversong Adventures 907-733-2931** www.gorp.com/riversong

**NTA 98007 espn2 5/13**
**Boardwalk/YesBay**
**This week Larry Csonka heads to Alaska's Inside Passage.** *The journey begins in Ketchikan, We take a look at the Southeast's heritage. Native art and culture flourishes here due to the large population of Native Alaskans. We then spend a few days steelhead fishing at both Yes Bay Lodge and Boardwalk Wilderness Lodge. The Inside Passage area seemed more like Hawaii than Alaska. 70 degree weather, sunny days and good fishing.*
**For More Information on steelhead fishing in southwest region of Alaska call Alaska's Inside Passage Resorts 800-939-2477** www.aipr.com

**NTA 98008 espn2 5/20**
**Delta Junction**
**This week we find Larry Csonka in Delta Junction,** *Delta Junction prides itself as being what America used to be, a town where everyone knows everyone else and a hand shake is as good as gold, a perfect place to begin your Alaska Journey. The Delta area is also home for a free ranging bison herd that now numbers over 600 animals. Needless to say the bison hunting permits are cherished in Alaska. They are issued by special permit and the odds of drawing one are not great. We headed out on snowmobile and snowshoe in search of the winter ptarmigan, during the winter months the ptarmigan molt their brown summer plumage, turning white for better camouflage. We also motored out to an isolated lake to do some ice fishing and then headed to Fairbanks to visit the World Ice Art Championships and take a look at the Chatanika Days annual outhouse races.*

EXHIBIT   2
page   3   of   46

# Episode #99006
# "Skagway/Juneau Rafting the Mendenhall River"

EXHIBIT ___2___
page _4_ of _46_

## 1999 Stihl's North to Alaska:

Episode # 1:    Angoon- Whalers Cove Lodge
Episode # 2:    Delta Junction - Grouse Hunting
Episode # 3:    Cordova - Salmon Shark fishing
Episode # 4:    Dillingham - Caribou Hunt
Episode # 5:    Anvik River - Fishing
Episode # 6:    Skagway/Juneau
Episode # 7:    Kodiak Island
Episode # 8:    Iliamna River
Episode # 9:    Wrangell St. Elias National Park
Episode #10:    Gustavus
Episode #11:    Katmai National Park and Preserve
Episode #12:    Prince William Sound
Episode #13:    McGrath





**Previous season archives are here:**   1998 Season | 1999 Season | 2000 Season | 2001 Season | 2002 Season

EXHIBIT    2
page    5    of   46

## 99006  Skagway/Juneau
**Friday 2/11/2000 at 11AM and 4PM  EST**



## LOCATION

Larry Csonka and Stihl's North to Alaska are in Southeast
Alaska, Juneau and Skagway



### SHOW CONTENT

Juneau is Alaska's state capital, it is a compact, friendly town to walk
around in. It is also the only state capital in the country where the
governor's mansion is only nine blocks from prime grizzly bear
habitat. This week our adventure begins at the face of the majestic
Mendenhall Glacier as we prepare to float down the Mendenhall
River. Our guides share with us the natural history and Native lore
relating to the surrounding scenery and wildlife of the region as we
raft this amazing and scenic river.



We then head north of Juneau to Skagway. Skagway was
founded in the gold rush days of the late 19th century and still
maintains its "Last Frontier flavor" We take a peak at this
historical town and then head out to Lynn Canal, one of North
America's deepest Fjords to do some King Salmon fishing.

**OUTFITTER INFORMATION**
## Dockside Charters
## Skagway, Alaska
## 1-877-983-3625





EXHIBIT   2
page  6  of  46

# Episode #00003
# "Wrangell, Fishing the Stikine River"

EXHIBIT  2
page  7  of 46

| AIRDATE: | LOCATION & TOPIC: | |
|---|---|---|
| Sunday - 7/02/00 - 7:00 & 9:00 am<br>Tuesday - 7/04/00 - 6:00 am<br>Thursday - 7/06/00 - 4:00 pm | Premiere<br>Preview of the 2000 Season | **2000 Stihl's North to Alaska**<br>**ESPN2 - All times ET** |
| Sunday - 7/09/00 - 7:00 & 9:00 am<br>Tuesday - 7/11/00 - 6:00 am & 4:00 pm | Council<br>Fishing for trophy grayling | |
| Sunday - 7/16/00 - 7:00 & 9:00 am<br>Tuesday - 7/18/00 - 6:00 am & 4:00 pm | Wrangell<br>Fishing the Sitkine River | |
| Sunday - 7/23/00 - 7:00 & 9:00 am<br>Tuesday - 7/25/00 - 6:00 am & 4:00 pm | Paxson<br>Hunting Ptarmigan | |
| Tuesday - 8/01/00 - 6:00 am & 4:00 pm<br>Sunday - 8/06/00 - 7:00 am | St. Michael<br>Fishing on the Golsovia River | |
| Sunday - 8/06/00 - 9:00 am<br>Tuesday - 8/08/00 - 6:00 am & 4:00 pm | Haines<br>Fishing for Cutthroat Trout | |
| Sunday - 8/13/00 - 7:00 am<br>Tuesday - 8/15/00 - 6:00 am & 4:00 pm | Port Lions<br>In search of Steelhead | |
| Sunday - 8/20/00 - 7:00 am<br>Tuesday - 8/22/00 - 6:00 am & 4:00 pm | McGrath<br>In Search of a Bull Moose | |
| Sunday - 8/27/00 - 7:00 am<br>Tuesday - 8/29/00 - 6:00 am & 4:00 pm | Talkeetna<br>Fishing the Talkeetna River | |
| Sunday- 9/03/00 - 7:00 am<br>Tuesday - 9/05/00 - 6:00 am<br>Friday - 9/08/00 - 4:00 pm | Dillingham<br>Caribou Hunt | |
| Sunday - 9/10/00 - 6:30 am<br>Tuesday - 9/12/00- 6:00 am<br>Wednesday - 9/13/00 - 3:00pm<br>Sunday - 9/17/00 - 9:00 am | Homer<br>Fishing for Halibut | |
| Sunday - 9/17/00 - 7:00 am<br>Tuesday - 9/19/00 - 6:00 am<br>Thursday - 9/21/00 - 4:00 pm | Yakutat<br>Fishing for Silver Salmon | |
| Sunday - 9/24/00 - 7:00 am<br>Tuesday - 9/26/00 - 6:00 am & 5:30 pm | Nome<br>Fishing for Northern Pike | |

**Previous season archives are here:** 1998 Season | 1999 Season | 2000 Season | 2001 Season | 2002 Season

EXHIBIT 2
page 8 of 46







### Episode #00003
### Wrangell, Alaska
### Alaska Peak and Seas Charters
### Saturday April 15, 2000
### 7:30am ET
**reair:**
Sunday - 7/16/00 - 7:00 & 9:00 am
Tuesday - 7/18/00 - 6:00 am & 4:00 pm

This Week Larry Csonka and Stihl's North to Alaska are in Southeast Alaska fishing the Sitkine River near Wrangell, Alaska.

New Feature:

Read the "ZONK! Story" of this week's episode!

### Alaska Peak & Seas Charters
Mark Galla
P.O. Box 362
Wrangell, AK 99929
Phone/Fax: (907) 874-2454
Email: mark@northtoalaska.com
www.northtoalaska.com

### Stikine Inn
PO Box 990
Wrangell, AK 99929
888-874-3388
www.stikine.com















00288

EXHIBIT __2__
page __9__ of 46

# Heading *"North to Alaska"*

**By Larry Csonka**
**April 15, 2000    7:30am ET**
Sunday - 7/16/00 - 7:00 & 9:00 am
Tuesday - 7/18/00 - 6:00 am & 4:00 pm
**WRANGELL**





This week we visited Wrangell, located in Southeast Alaska, and fished the Stikine River where I lost several large chums, landed some fresh pinks and picked up a few dolly vardens in the process as an added bonus.  This show will be rich in eagle shots as tons of them were hanging out in the tree tops along the river as we were fishing.

We had a couple of rainy days, which is typical in the rainforests of Southeast Alaska, so we took some time to visit the Anan Bear Observatory where we got up close and personal with several black bears, as well as two or three large grizzlies.





We had to park our boats and leave them to hike a ways along the trail to the Observatory.  After witnessing dozens of bears in their natural habitat, fishing and feeding on thousands of pink salmon, we returned to find a bear camped on the shore.  This made getting back to our boat more than a little nerve-racking!  Needless to say, we didn't rush the resident bear and eventually he moved on and allowed us access to our vessel.

Our trip to the Observatory was long, but scenic.  We made a pit stop to gas up and grab a cheeseburger at Point Baker; a small, friendly dockside community at the northern tip of Prince of Wales Island.  While we were munching on some Alaskan size cheeseburgers and fueling our boat, my two cameramen, Pat and Bryant, spotted whales spouting in the bay.  Of course, they both grabbed cameras and commandeered a small boat for some close-up whale watching.  I didn't really mind since I knew they'd get some great footage.  Plus, I could finish up their cheeseburgers! *Stay tuned for more adventure in the Last Frontier  . . .*





## Alaska!

0 0 0 9 7

EXHIBIT 2
page 10 of 46

# Episode #00012
# "Yakutat, Fishing for Silver Salmon on the Situk River"

EXHISIT    2
page  11  of  46





**EPISODE# 00012**
**Yakutat, Alaska**
**The Mooring Lodge**
**Saturday June 17, 2000**
**7:30AM EST**
**reair:**
Sunday - 9/17/00 - 7:00 am
Tuesday - 9/19/00 - 6:00 am
Thursday - 9/21/00 - 4:00 pm

This Week Larry Csonka and Stihl's
North to Alaska are in Southeast
Alaska fishing for Silver salmon on
the famed Situk river.

Read the "ZONK! Story"
of this week's episode!

**The Mooring Lodge**
720 Ocean Cape Drive
PO Box 30
Yakutat, AK 99689
888-551-2836
http://members.aol.com/moorings907

**Ross Marine Tours**
Tim Ross
Yakutat, Alaska 99689
907-784-3698











3 7 8

EXHIBIT 2
page 12 of 46

**Heading "North to Alaska"**
**By Larry Csonka**
**June 17, 2000  7:30am ET**
**Sunday -  9/17/00 - 7:00 am**
**Tuesday -  9/19/00 - 6:00 am**
**Thursday - 9/21/00 - 4:00 pm**
YAKUTAT





Yakutat is located at the north end of Southeast Alaska and is not a place you would expect to meet surfers! But, guess what…you do!  I didn't take part but rather stood on the beach puffing a cigar and shaking my head in disbelief as two or three surfers, dressed in their dry suits, had a go at it.

Keith and Sue Johnson of The Moorings Lodge hosted us.  Our guide, Jeff Fraker, was itching to get us out for some silver salmon action on the Situk River and soon I knew why.  Audrey and I both hooked and landed several silver beauties while enjoying both the fishing and the scenic boat ride on the small, but productive river.





We visited Hubbard Glacier up close and personal and Keith was kind enough to take us bear watching at a couple of his favorite bear locations.  Brown, black or just plain big bears showed up and hammed it up for the cameras.

I particularly enjoyed a visit to what I believe is the northern most surf shop in America.  The Icy Waves Surf Shop has it all.  We all purchased t-shirts, sweatshirts and other novelty items at the shop.



Next, we headed out for some saltwater silver salmon with Tim Ross of Ross Marine Tours and, again, had great success fishing until our arms were tired from cranking reels!

*Stay tuned for more adventure in the Last Frontier…*
Alaska!



00251

EXHIBIT  2
page  13  of  46

# Episode #2
## "Halibut, Lingcod, Grayling, Bears"

EXHIBIT  2
page  14  of  46

| AIRDATE: | | LOCATION & TOPIC: | 2001 Season of |
|---|---|---|---|
| Sunday, January 7, 2001<br>Sunday, April 8, 2001 | 7:00pm ET / PT | **Premiere**<br>Preview of the 2001 Season | |
| Sunday, January 14, 2001<br>Sunday, April 15, 2001 | 7:00pm ET / PT | **Seward**<br>Halibut, Lingcod, Grayling, Bears | |
| Sunday, January 21, 2001<br>Sunday, April 22, 2001 | 7:00pm ET / PT | **Southwest Alaska**<br>Caribou, Moose Hunt | |
| Sunday, January 28, 2001<br>Sunday, April 29, 2001 | 7:00pm ET / PT | **Cordova - Episode 1**<br>Halibut, Lingcod, Remember Shark | **Sundays @ 7:00pm ET / PT** |
| Sunday, February 4, 2001<br>Sunday, May 6, 2001 | 7:00pm ET / PT | **Nushagak**<br>Kings, Cargo | |
| Sunday, February 11, 2001<br>Sunday, May 13, 2001 | 7:00pm ET / PT | **Hunting Alaska**<br>Larry Csonka on Alaska Hunting | |
| Sunday, February 18, 2001<br>Sunday, May 20, 2001 | 7:00pm ET / PT | **Ketchikan**<br>Silvers, Halibut | |
| Sunday, February 25, 2001<br>Sunday, May 27, 2001 | 7:00pm ET / PT | **Anvik**<br>Salmon, Pike, Bears | |
| Sunday, March 4, 2001<br>Sunday, June 3, 2001 | 7:00pm ET / PT | **Kenai**<br>Kings, Halibut | |
| Sunday, March 11, 2001<br>Sunday, June 10, 2001 | 7:00pm ET / PT | **Cordova - Episode 2**<br>Silvers, Waterfowl | |
| Sunday, March 18, 2001<br>Sunday, June 17, 2001 | 7:00pm ET / PT | **Bettles**<br>Sheefish | |
| Sunday, March 25, 2001<br>Sunday, June 24, 2001 | 7:00pm ET / PT | **Sitka**<br>Chum, Dollies, Halibut, Crab | |
| Sunday, April 1, 2001<br>Sunday, July 1, 2001 | 7:00pm ET / PT | **Togiak**<br>Dollies, Silvers, Bear | |

**Previous season archives are here:** 1998 Season | 1999 Season | 2000 Season | 2001 Season | 2002 Season

EXHIBIT 2
page 15 of 46

# Episode #12
# "Chums, Dollies, Halibut, Crab"

EXHIBIT   2
page  18  of  46



Map of Southeast Alaska
(click to view)







EPISODE # 12

**Sitka**
**Baranof Wilderness Lodge**
Southeast Alaska
Sunday,  March 25, 2001
Sunday,  June 24, 2001
7:00 pm EST & PST

This week we are at the Baranof
Wilderness Lodge for a variety of
salmon, flyfishing for dollies and
Larry also drops a crab pot and gets
a bountiful return.

Read the  "ZONK! Story"
of this week's episode!

View Our Photo Album
for Southeast Alaska!

**Baranof Wilderness Lodge**
PO Box 2187
Sitka, Alaska 99835
907-738-3597
800-613-6551





www.flyfishalaska.com





2 7 9 9

EXHIBIT  2
page  19  of  46



**Heading "North to Alaska"**
By Larry Csonka
Airs: March 25, 2001 7:00 PM, Eastern & Pacific

### SITKA

A trip to Sitka this week along with quick stops at the Alaska Raptor Center and the Totem Park filled out the first day. Then on to Baranof Lodge where the accommodations were more than comfortable and the food was delicious. Mike Trotter, owner and operator of the lodge, along with his staff, promised us adventures and delivered!





We successfully chased Chum Salmon around a bay, catching and releasing until our arms ached! Mike also took us to the mouth of a great Dolly Varden stream, transferred us to shore with smaller boats and we had a splendid day catching Dollies.

On the second day we dropped crab traps with the promise of fresh crabs for dinner if we were successful. And we were! After a huge dinner of Dungeness crabs, we were treated to a front row seat on the porch to watch the local eagles feeding in the natural tide pools immediately in front of the lodge. Later that night, Audrey and Tami decided to make the trek along the mountainside to a beautiful natural hot springs waterfall about a mile's hike from the lodge. But, unfortunately, some local commercial fishermen were present - drinking and bare ass in the hot springs, so Audrey and Tami quickly retreated to the porch in front of the lodge. Better timing next time girls!



Baranof Lodge is a special place when it comes to comfort, relaxation and fun fishing! Their evening appetizers and drinks, served deck-side, is very relaxing after a day of great fishing. Throw in some whale watching and you have a well-rounded experience for that avid fisherman's family.





5 7 4



Stay tuned for more adventure in the Last Frontier . . . Alaska!

EXHIBIT 2
Page 20 of 46

















EXHIBIT  2
Page  21  of  46













EXHIBIT 2
page 22 of 44



EXHIBIT 2
Page 23 of 46













EXHIBIT  2
page  24  of  46

7/15/2003