# Episode #4
# "SE Cruise"

EXHIBIT 2
page 25 of 46

**Previous season archives are here:**
1998 Season | 1999 Season | 2000 Season | 2001 Season | 2002 Season

## 2002 Season

| AIRDATE: | | LOCATION & TOPIC: |
|---|---|---|
| Saturday, April 6, 2002 | 9:30am ET / PT | Premiere |
| Saturday, April 13, 2002 | 9:30am ET / PT | Yukon |
| Saturday, April 20, 2002 | 9:30am ET / PT | Gate Creek |
| Saturday, April 27, 2002 | 9:30am ET / PT | SE Cruise |
| Saturday, May 4, 2002 | 9:30am ET / PT | Wildman Ptarmigan |
| Saturday, May 11, 2002 | 9:30am ET / PT | Elfin Cove |
| Saturday, May 18, 2002 | 9:30am ET / PT | Nenana |
| Saturday, May 25, 2002 | 9:30am ET / PT | Roadshow |
| Saturday, June 1, 2002 | 9:30am ET / PT | Bentalit |
| Saturday, June 8, 2002 | 9:30am ET / PT | Yakutat |
| Saturday, June 15, 2002 | 9:30am ET / PT | Unalakleet |
| Saturday, June 22, 2002 | 9:30am ET / PT | Sitka |
| Saturday, June 29, 2002 | 9:30am ET / PT | Wildman Fishing |

**Previous season archives are here:**
1998 Season | 1999 Season | 2000 Season | 2001 Season | 2002 Season

EXHIBIT  2
page 26 of 44



Map of area
(Click to View)





### EPISODE # 4

### SE Cruise

Saturday, April 27, 2002
9:30am ET/PT

**This week Larry Csonka and
Audrey Bradshaw take a cruise
along Alaska's inside passage. This
episode takes a special look at
various ports, villages and fishing
opportunities in Southeast Alaska.
Audrey kayaks in a quiet cove, they
get up close and personal with a
tidewater glacier, Larry takes a dip
in a hot springs and of course they
take some time for some stream
fishing.**

**Click to view Photo Album
of the SE Cruise episode.**









**Alaska NW Charters, LLC**
1014 15th Ave. East
Seattle, WA. 98112
(206) 310-5947    (206) 325-7676
www.alaskanwcharters.com



**Goldbelt Hotel Juneau**
51 Egan Drive  Juneau, AK 99801
For Reservations Call:  (888) 478-6909
www.hoteljuneau.com



**National Car Rental**
**907-243-3255**
www.nationalcar.com

STIHL

Cabela's
800-588-7512

NAPA





7 1 0

EXHIBIT 2
page 27 of 46



EXHIBIT 2
page 28 of 46

# Episode #10
# "Yakutat, Fishing in the Situk River"

EXHIBIT  2
page 29 of 46



**Map of area**
**(Click to View)**





### EPISODE # 10
### Yakutat

Saturday, June 8, 2002
9:30am ET/PT

**This week Larry Csonka and Audrey Bradshaw are in Southeast Alaska in the small town of Yakutat. The Situk River is famous for Silver salmon and spring Steelhead fishing. This week they try for some very spooky steelhead.**

**Click to view Photo Album of the Yakutat episode.**









**Leonard's Landing Lodge**
P.O. Box 282
Yakutat, AK 99689
877-925-3474
www.leonardslandinglodge.com



**National Car Rental**
**907-243-3255**
www.nationalcar.com



*STIHL*

**NAPA**



800-588-7512



6 2 9

EXHIBIT 2
page 30 of 46

http://www.larrycsonka.com/north_to_alaska/episodes/2002/2002-10.htm           7/15/2003



EXHIBIT 2
page 31 of 40



EXHIBIT  2
page  32  of  46



EXHIBIT 2
page 33 of 46

http://www.larrycsonka.com/north_to_alaska/album/2002/images/2002-10/Yakutat2.jpg     7/15/2003

# Episode #3
# "Bear Paw Lodge"

EXHIBIT 2
page 34 of 46



**Click on an image to see a larger view.**

**Return to the** 2003 Season **Photo Album**

2 5 1 5

Bear Paw Lodge Episode

EXHIBIT 2
PAGE 35 of 46

# Episode #5
# "Island Point Lodge"

EXHIBIT  2
page 36 of 46



**Click on an image for a larger view.**

**Return to the** 2003 Season **Photo Album**

2 5 1 7

Island Pt Lodge Episode

EXHIBIT 2
page 37 of 44



EXHIBIT 2
page 38 of 46



EXHIBIT 2
page 39 of 46



EXHIBIT 2
page 40 of 46



Continue on Page 24

Continue on Page 25

Continue on Page 19

Yes Bay

EXHIBIT 2
page 41 of 46



Continue on Page 21

Scale 1:300,000   Wrangell Episode   Contour interval

Continue on Page 20

EXHIBIT
page 62 of 10

Continue on Page



Yakutat Episodes

EXHIBIT 2
page 43 of 46



EXHIBIT
page 44 of 46



VICINITY MAP
CASE # 03-10-7415104

EXHIBIT 2
Page 45 of 46



M I T K O F