DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-0002-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DUPLICATE** |
| vs. | ) | **FILING** |
| | ) | |
| LARRY CSONKA, dba | ) | |
| ZONK! PRODUCTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States filed its Sentencing Memorandum on April 12th, 2006. The CMECF website gave the government an error page indicating the document was not filed. The government attempted to file the document again and discovered the initial attempt had gone through even though no confirmation (notice of electronic filing) was given. Thus Docket 15 is a duplicate of Docket 14, the Government's Sentencing

Memorandum in this case.

RESPECTFULLY SUBMITTED this 13th day of April, 2006, in Anchorage, Alaska.

                                                    DEBORAH M. SMITH
                                                    Acting United States Attorney

                                                    s/ Retta-Rae Randall
                                                    Assistant U.S. Attorney
                                                    Federal Building & U.S. Courthouse
                                                    222 West Seventh Avenue, #9
                                                    Anchorage, Alaska  99513-7567
                                                    Phone: (907) 271-5071
                                                    Fax: (907) 271-1500
                                                    E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2006,
a copy of the foregoing  was served
electronically on Kevin T. Fitzgerald,
and was placed at the front desk of the
USAO for Karen M. Brewer
U.S. Probation/Pretrial Services Officer..

s/Retta-Rae Randall