DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-0002-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF FILING LETTER** |
| vs. | ) | **FOR CONSIDERATION AT** |
| | ) | **SENTENCING** |
| LARRY CSONKA, dba | ) | |
| ZONK! PRODUCTIONS, | ) | |
| | ) | **Filed on Shortened Time** |
| Defendant. | ) | |

The United States files with the court the Attached letter (Exhibit 1) from the

United States Forest Service for consideration at sentencing in the above

//


//

captioned case scheduled for April 19th, 2006.

RESPECTFULLY SUBMITTED this 18th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

 s/ Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2006, a copy of the foregoing was served electronically on Kevin T. Fitzgerald,

s/Retta-Rae Randall