

| United States Department of Agriculture | Forest Service | Alaska Region Tongass National Forest | 648 Mission Street Ketchikan, AK 99901 Phone: (907) 225-3101 Fax: (907) 228-6215 |

File Code: 2710/1640
Date: 4.18.06

Retta Rae Randall
Assistant U.S. Attorney
United State's Attorney's Office
222 West 7th Avenue, #9
Anchorage, AK 99513-7567

Dear Ms. Randall:

Commercial filming on the Tongass National Forest is a growing business, particularly productions on the subjects of hunting, fishing, and other outdoor activities. Most producers attempt to work within the laws and regulations governing special use permits, but do not always know who to contact to begin the process of obtaining proper special use authorizations. I have designated Dennis Neill, Staff Officer for Partnerships and Public Affairs, as the initial contact on the Forest for all commercial film, video and movie productions. Dennis will perform an initial size-up of the scope of the production, needs of the producer, and opportunity for positive Forest Service messages to be integrated; then direct the applicant to the appropriate Ranger District or Districts and special use permit administrators for further processing as needed.

Working more consistently and directly with these producers will help us meet several objectives. One, the public who owns these National forests will receive a fair return through fees for the commercial use of their lands. Two, environmental safeguards to protect National Forest resources can be planned and applied in a thoughtful and orderly manner. Three, messages about public safety, proper resource management, outdoor recreation opportunities and other public values can be more consistently conveyed to the viewers.

When appropriate, requiring parties who have not met Federal special use permit requirements to convey messages within their productions about the importance of following regulations may be helpful. Dennis will be available to work with your office and others as needed to craft these messages. He can be reached at (907) 228-6201, or by email at dneill@fs.fed.us.

Sincerely,

FORREST COLE
Forest Supervisor

cc: John Burick, Barbara Stanley



Caring for the Land and Serving People         Printed on Recycled Paper