PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

**RECEIVED**

APR 17 2007

CLERK U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                    Case No.    A06-002 CR (JDR)

Csonka, Larry

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on April 17, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

Redacted Signature                    4-17-07

Travis Lyons                          Date
U.S. Probation/Pretrial Services
Officer

Redacted Signature

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _____ 17 _____ day of _____ April _____, 200 7 .

Redacted Signature

John D. Roberts
U.S. Magistrate Judge